Copyrights-In-Suit for IP Address 68.41.86.4

**ISP:** Comcast Cable
**Location:** Fort Gratiot, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/26/2013 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 08/14/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/20/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 12/21/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 04/16/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/23/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 10/03/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 08/14/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 04/18/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/14/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 10/16/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/15/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 11/06/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/20/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 05/21/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 08/14/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/26/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

NEMI77