## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 2:13-cv-12208-MOB-RSW

COLE SAYLOR,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF COLE SAYLOR

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Cole Saylor ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Cole Saylor was assigned the IP Address 68.41.86.4. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Cole Saylor has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 27, 2013

                                              Respectfully submitted,

                                              By:   /s/ *Paul J. Nicoletti*
                                              Paul J. Nicoletti
                                              pauljnicoletti@gmail.com
                                              LAW OFFICE OF NICOLETTI &
                                              ASSOCIATES, PLLC
                                              36880 Woodward Avenue, Suite 100
                                              Bloomfield Hills, Michigan 48304
                                              Phone: (248) 203-7800
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

      Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COLE SAYLOR has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (12 pt.).

      This 27th day of September, 2013.

      /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti